# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **Bob Dawson**, et al,<br><br>    Plaintiffs,<br>v.<br><br>**Porch.com Inc.,** a Delaware corporation; **GoSmith Inc.** a Delaware corporation; **Matthew Ehrlichman**, CEO and co-founder of Porch.com Inc. and CEO of GoSmith, Inc., in his individual capacity; **Brenton Marrelli**, CEO and co-founder of GoSmith Inc., in his individual capacity; and **Darwin Widjaja,** CTO and co-founder of GoSmith Inc. and VP of Porch.com Inc., in his individual capacity,<br><br>    Defendants | Civil Case No.: 2:20-cv-00604-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

2    For the reasons described in the Unopposed Motion and for good cause shown, the
3  Court hereby GRANTS Plaintiffs' Unopposed Motion to Extend Time for Defendants to
4  Respond to Plaintiffs' Complaint.  Defendants shall have up to and including Wednesday, July
5  15, 2020 to file a responsive pleading to the Complaint.

7    IT IS SO ORDERED.

9    Dated this 22nd day of June, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge