UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOB DAWSON, *et al.*,

    Plaintiffs,

v.

PORCH.COM INC., *et al.*,

    Defendants.

NO. C20-0604RSL

MINUTE ORDER

    The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

    On November 20, 2020, plaintiffs filed a motion for leave to amend to consolidate the plaintiffs and claims from eleven related cases that are currently pending around the country, including this one. Although the parties had agreed to file a joint stipulation regarding the amendment and consolidation, defendants apparently balked when they saw the language of the proposed stipulation. In the hopes of avoiding a hearing and oral argument before the Judicial Panel for Multidistrict Litigation (scheduled for December 3, 2020), plaintiffs converted the stipulation into an ex parte motion to amend, noting the motion on the Court's calendar for consideration on the same day it was filed.

    As plaintiffs recognize, their filing can no longer be fairly described as a stipulation or

MINUTE ORDER - 1

joint motion. Rather, plaintiffs report that defendants oppose the relief requested, namely the filing of an amended complaint with three additional claims (¶¶ a-c of the ex parte motion). Whatever the cause, merit, or impact of these objections, defendants are entitled to an opportunity to respond under the local rules of this district. The Clerk of Court is therefore directed to renote plaintiff's motion to amend (Dkt. # 29) on the Court's calendar for Friday, December 11, 2020.

DATED this 23rd day of November, 2020.

      /s/ Laura Hobbs
Laura Hobbs, Deputy Clerk

MINUTE ORDER - 2