1
2
3
4

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| BOB DAWSON, et al.;<br><br>Plaintiffs,<br><br>v.<br><br>PORCH.COM INC., a Delaware corporation; GOSMITH INC., a Delaware corporation; MATTHEW EHRLICHMAN, CEO and co-founder of Porch.com Inc. and CEO of GoSmith, Inc., in his individual capacity; BRENTON MARRELLI, CEO and co-founder of GoSmith Inc., in his individual capacity; and DARWIN WIDJAJA, CTO and co-founder of GoSmith Inc. and VP of Porch.com Inc., in his individual capacity,<br><br>Defendants. | CASE NO. 2:20-cv-00604-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND THE COMPLAINT |

THIS MATTER having come before the Court on the parties' Stipulated Motion for Leave to Amend the Complaint (Dkt. # 34-1) and the Court having reviewed the pleadings and evidence presented and on file in this case, and the Court being fully advised as to the issues presented, the Court hereby

ORDERS, ADJUDGES AND DECREES that parties' Stipulated Motion for Leave to Amend the Complaint is hereby GRANTED. Defendants shall have sixty (60) days from this Order to file a responsive pleading to the Amended Complaint and shall file a notice withdrawing

their pending motion to dismiss (Dkt. # 15). The parties are directed to contact Teri Roberts, the judicial assistant, at (206) 370-8815 to schedule a teleconference.

DATED this 25th day of November, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

| LAWHQ, LLC | SUMMIT LAW GROUP, PLLC |
|---|---|
| By s/ *Rebecca Evans* | By *s/ Philip S. McCune* |
| By s/ *Crystal Cooke* | By *s/ Diana Siri Breaux* |
| By s/ *Mitchell West* | Philip S. McCune, WSBA #21081 |
| Rebecca Evans, UT #16846 (*PHV*) | Diana Siri Breaux, WSBA #46112 |
| Crystal Cooke, ct# (*PHV forthcoming*) | 315 Fifth Avenue S., Suite 1000 |
| Mitchell West, WSBA #53103 | Seattle, WA 98104 |
| | (206) 676-7000 |
| 299 S. Main St. #1300 | *philm@summitlaw.com* |
| Salt Lake City, UT 84111 | *dianab@summitlaw.com* |
| (385) 285-1090 ext. 30007 | |
| rebecca@lawhq.com | MANATT, PHELPS & PHILLIPS, LLP |
| crystal.cooke@lawhq.com | Christine M. Reilly (*Pro Hac Vice Forthcoming*) |
| mitchell.west@lawhq.com | Alexandra N. Krasovec (*Pro Hac Vice Forthcoming*) |
| | Kristin E. Haule (*Pro Hac Vice*) |
| **Attorneys for Plaintiffs** | 2049 Century Park East, Suite 1700 |
| | Los Angeles, CA  90067 |
| | (310) 312-4000 |
| | *creilly@manatt.com* |
| | *akrasovec@manatt.com* |
| | *khaule@manatt.com* |
| | **Attorneys for Defendants** |

ORDER GRANTING STIPULATED MOTION FOR LEAVE
TO AMEND THE COMPLAINT                    - 2 -
CASE NO. 2:20-cv-00604-RSL

**LAWHQ, LLC**
299 S. MAIN STREET, SLC, UT 84111
385-285-1090 EXT 30007