UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOB DAWSON, *et al.*,

    Plaintiffs,

    v.

PORCH.COM INC., *et al.*,

    Defendants.

Cause No. C20-0604RSL

ORDER EXTENDING RESPONSE DEADLINE

    This matter comes before the Court on "Defendants' Motion to Extend Deadline for Responding to Amended Complaint." Dkt. # 50. Defendants have shown good cause for a brief extension of the response deadline until the now-pending motion to stay is decided. If, as defendants argue, a stay would be appropriate pending resolution of two other cases, any motion to dismiss filed on January 25, 2020, would ultimately have to be supplemented in light of the Ninth Circuit and Supreme Court determinations. This risk of wasted effort and inefficiency can be avoided if the Court first determines whether this case can proceed despite the pending appellate court matters.

    Plaintiffs object to any delay in the response deadline on the ground that it will further delay initiation of discovery. Discovery opened when the Rule 26(f) conference occurred, however: there is nothing preventing plaintiffs from serving discovery or seeking to compel the

ORDER EXTENDING RESPONSE DEADLINE - 1

production of initial disclosures.

For all of the foregoing reasons, defendants' motion for an extension of the response deadline is GRANTED in part. If the pending motion to stay is denied, defendants shall have fourteen days following the denial to respond to the amended complaint.

Dated this 22nd day of January, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING RESPONSE DEADLINE - 2