IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOB DAWSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PORCH.COM INC., et al.<br><br>　　　　　Defendant. | Case No. 2:20-cv-00604-RSL<br><br>STIPULATED MOTION AND ORDER REGARDING RENOTING OF DEFENDANTS' MOTION TO STAY |

　　　The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

　　　1.　　Defendants' Motion to Stay (Dkt. 56) was filed on January 15, 2021, and noted for February 12, 2021, as a Third Friday motion pursuant to Local Rule 7(d)(3).

　　　2.　　Pursuant to Local Rule 7(d)(3), Plaintiffs' response was due Monday, February 1, 2021.  Plaintiffs filed their response on Wednesday, February 3, 2021.

　　　3.　　The parties hereby agree to renote Defendants' Motion to Stay for Friday, February 12, 2021.  Defendants' reply in support of their Motion to Stay shall be due on the new noting date.

STIPULATED MOTION AND ORDER
REGARDING RENOTING OF DEFENDANTS'
MOTION TO STAY
(Case No. 2:20-cv-00604-RSL) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

*SO STIPULATED.*

DATED this 4th day of February, 2021.

| | |
|---|---|
| **CALFO EAKES LLP** | **LAWHQ, LLC** |
| By  s/ *Patty A. Eakes*  <br> Angelo J. Calfo, WSBA# 27079 <br> Patricia A. Eakes, WSBA# 18888 <br> Emily Dodds Powell, WSBA #49351 <br> 1301 Second Avenue, Suite 2800 <br> Seattle, WA  98101 <br> Phone:  (206) 407-2200 <br> Fax:  (206) 407-2224 <br> Email:  angeloc@calfoeakes.com <br>             pattye@calfoeakes.com <br>             emilyp@calfoeakes.com <br><br> Kristin Haule, *Pro Hac Vice* <br> Christine M. Reilly, *Pro Hac Vice* <br> **MANATT PHELPS & PHILLIPS** <br> 2049 Century Park East Ste 1700 <br> Los Angeles, CA 90067 <br> Phone:  (310) 312-4000 <br> Fax:  (310) 966-7037 <br> Email:  khaule@manatt.com <br>             creilly@manatt.com <br><br> *Attorneys for Defendants* | By  *s/Crystal L. Cooke* <br> Rebecca Evans, UT #16846 (PHV) <br> Mitchell West, WSBA #53103 <br> Crystal L. Cooke, ct28759 (PHV) <br> 299 S Main St., #1300 <br> Salt Lake City, UT 84111 <br> Phone:  (385) 233-6612 Ext 3152 <br> Email:  Rebecca@lawhq.com <br>             mit@westlinelaw.com <br>             crystal.cooke@lawhw.com <br><br> *Attorneys for Plaintiffs* |

STIPULATED MOTION AND ORDER REGARDING RENOTING OF DEFENDANTS' MOTION TO STAY <br>
(Case No. 2:20-cv-00604-RSL) - 2

LAW OFFICES <br>
**CALFO EAKES LLP** <br>
1301 SECOND AVENUE, SUITE 2800 <br>
SEATTLE, WASHINGTON 98101 <br>
TEL (206) 407-2200   FAX (206) 407-2224

## ORDER

IT IS SO ORDERED.

    Dated this 5th day of February, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

| CALFO EAKES LLP | LAWHQ, LLC |
|---|---|
| By   s/ *Patty A. Eakes* <br>    Angelo J. Calfo, WSBA# 27079 <br>    Patricia A. Eakes, WSBA# 18888 <br>    Emily Dodds Powell, WSBA #49351 <br>    1301 Second Avenue, Suite 2800 <br>    Seattle, WA  98101 <br>    Phone:  (206) 407-2200 <br>    Fax:  (206) 407-2224 <br>    Email:  angeloc@calfoeakes.com <br>           pattye@calfoeakes.com <br>           emilyp@calfoeakes.com | By  *s/Crystal L. Cooke* <br>    Rebecca Evans, UT #16846 (PHV) <br>    Mitchell West, WSBA #53103 <br>    Crystal L. Cooke, ct28759 (PHV) <br>    299 S Main St., #1300 <br>    Salt Lake City, UT 84111 <br>    Phone:  (385) 233-6612 Ext 3152 <br>    Email:  Rebecca@lawhq.com <br>           mit@westlinelaw.com <br>           crystal.cooke@lawhw.com <br><br> *Attorneys for Plaintiffs* |

Kristin Haule, *Pro Hac Vice*
Christine M. Reilly, *Pro Hac Vice*
**MANATT PHELPS & PHILLIPS**
2049 Century Park East Ste 1700
Los Angeles, CA 90067
Phone:  (310) 312-4000
Fax:  (310) 966-7037
Email:  khaule@manatt.com
       creilly@manatt.com

*Attorneys for Defendants*

STIPULATED MOTION AND ORDER
REGARDING RENOTING OF DEFENDANTS'
MOTION TO STAY
(Case No. 2:20-cv-00604-RSL) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224