UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOB DAWSON, *et al.*,

   Plaintiffs,

   v.

PORCH.COM, INC., *et al.*,

   Defendants.

Cause No. C20-0604RSL

ORDER STAYING CASE

This matter comes before the Court on "Defendants' Motion to Stay" pending resolution of two Telephone Consumer Protection Act ("TCPA") cases pending before the United States Supreme Court and the Ninth Circuit Court of Appeals. Dkt. # 56. The Supreme Court has already issued its decision in *Facebook v. Duguid*, __ U.S. __, 141 S. Ct. 1163 (2021). Nevertheless, the Court finds that a stay until *Chennette v. Porch.com*, No. 20-35962, is decided by the Ninth Circuit will promote judicial efficiency and preserve the resources of the litigants without unduly prejudicing either party's interests. 5A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1360 (3d ed. 2004). *See also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"). Whether the parties need concern themselves with the

ORDER STAYING CASE - 1

advertising, billing, and calling habits of over 1,000 named plaintiffs will be resolved in *Chennette*. If the business versus personal dichotomy identified by the District Court of Idaho is upheld, this case will be litigated very differently than if standing is not an issue.

For all of the foregoing reasons, this matter is hereby STAYED in its entirety pending resolution of *Chennette v. Porch.com*, No. 20-35962, by the Ninth Circuit. The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall, within thirty days of the issuance of the mandate by the Ninth Circuit, submit a Joint Status Report setting forth the parties' recommendations for a new trial date.

Dated this 17th day of August, 2021.

Robert S. Lasnik
United States District Judge

ORDER STAYING CASE - 2