|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOB DAWSON, *et al.*,

        Plaintiffs,

   v.

PORCH.COM INC., *et al.*,

        Defendants.

Cause No. C20-0604RSL

ORDER GRANTING MOTION TO WITHDRAW

    This matter comes before the Court on Crystal Cooke's motion to withdraw as counsel for plaintiffs in the above-captioned matter. Dkt. # 85. The motion is GRANTED. Plaintiffs continue to be represented by James Wertheim and Mitchell West.

    Dated this 1st day of September, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW - 1