UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOB DAWSON, *et al.*,

              Plaintiffs,

    v.

PORCH.COM INC., *et al.*,

              Defendants.

CASE NO. 2:20-cv-00604-RSL

ORDER STAYING DISCOVERY AND ESTABLISHING BRIEFING SCHEDULE

      This matter comes before the Court on the "Joint Status Report" submitted by the parties. Dkt. # 90. Having reviewed the report and heard the arguments of counsel, the Court finds as follows:

      A stay of discovery while the legal issues related to the autodialer claims are resolved is necessary to promote efficiency and avoid undue burden and expense. Fed. R. Civ. P. 26(c). Defendants have identified "a real question" regarding the viability of plaintiffs' autodialer claims, and plaintiffs have not shown that they will be prejudiced if a stay is ordered. *Wood v. McEwen*, 644 F.2d 797, 802 (9th Cir. 1981).

      Defendants shall, within thirty days of the date of this Order, file their motion to dismiss.[1] The motion shall be noted for consideration by the Court on May 5, 2023.

---

[1] Defendants shall include in their motion any defense or objection that is currently available to them.

ORDER STAYING DISCOVERY AND ESTABLISHING
BRIEFING SCHEDULE - 1

Dated this 28th day of February, 2023.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge