IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOB DAWSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PORCH.COM INC., et al. <br><br> Defendant. | Case No. 2:20-cv-00604-RSL <br><br> STIPULATED MOTION AND ORDER AMENDING DEADLINE FOR DEFENDANTS' TO FILE MOTION TO DISMISS |

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. Pursuant to this Court's February 28, 2023 Order (Docket No. 93), Defendants' deadline to file their motion to dismiss is presently March 30, 2023.

2. Plaintiffs intend to file a motion for leave to file a second amended complaint on or before March 31, 2023.

3. The parties have agreed to and seek an order entering the following briefing schedule:

   a. Plaintiff's motion for leave to amend due: March 31, 2023

STIPULATED MOTION AND ORDER AMENDING
DEADLINE FOR DEFENDANTS' TO FILE
MOTION TO DISMISS
(Case No. 2:20-cv-00604-RSL) - 1

    b. Defendants' response in opposition due: April 17, 2023

    c. Plaintiff's reply due: April 21, 2023

  4. Accordingly, the parties further agree to and seek an order continuing the deadline for Defendants to file their motion to dismiss until 30 days after the Court's ruling on Plaintiffs' forthcoming motion for leave to amend their complaint or, if the Court grants leave to amend, until 30 days after the filing of Plaintiffs' second amended complaint.

  *SO STIPULATED.*

DATED this 2th day of March, 2023

| **MANATT, PHELPS & PHILLIPS, LLP** | **LAWHQ, LLC** |
|---|---|
| By  *s/Christine M. Reilly*<br> Christine M. Reilly, *Pro Hac Vice*<br> **MANATT PHELPS & PHILLIPS**<br> 2049 Century Park East Ste 1700<br> Los Angeles, CA 90067<br> Phone:  (310) 312-4000<br> Fax:  (310) 966-7037<br> Email:  creilly@manatt.com | By *s/James S. Wertheim*<br> James S Wertheim (PHV)<br> 299 S Main St., #1300<br> Salt Lake City, UT 84111<br> Phone:  (385) 233-6612 Ext 3152<br> Email:  jim@lawhq.com |
| By  *s/Matthew Carvalho*<br> Patricia A. Eakes, WSBA# 18888<br> Matthew Carvalho, WSBA# 31201<br> 1301 Second Avenue, Suite 2800<br> Seattle, WA 98101<br> Phone:  (206) 274-6400<br> Fax:  (206) 274-6401<br> Email:  patty.eakes@morganlewis.com<br> matthew.carvalho@morganlewis.com | By  *s/Mitchell West*<br>Mitchell West, WSBA#53103<br>Lowe Graham Jones<br>1325 Fourth Avenue, Ste. 1130<br>Seattle, WA 98101<br>Phone: (206) 381-3300<br>Email: west@lowegrahamjones.com<br><br>*Attorneys for Plaintiffs* |
| *Attorneys for Defendants* | |

**ORDER**

IT IS SO ORDERED.

Dated this 30th day of March, 2023.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

**MANATT, PHELPS & PHILLIPS, LLP**

By___s/*Christine M. Reilly*
   Christine M. Reilly, *Pro Hac Vice*
   **MANATT PHELPS & PHILLIPS**
   2049 Century Park East Ste 1700
   Los Angeles, CA 90067
   Phone:  (310) 312-4000
   Fax:  (310) 966-7037
   Email:  creilly@manatt.com

By___s/*Matthew Carvalho*
   Patricia A. Eakes, WSBA# 18888
   Matthew Carvalho, WSBA# 31201
   1301 Second Avenue, Suite 2800
   Seattle, WA 98101
   Phone:  (206) 274-6400
   Fax:  (206) 274-6401
   Email:  patty.eakes@morganlewis.com
   matthew.carvalho@morganlewis.com

*Attorneys for Defendants*

**LAWHQ, LLC**

By _s/*James S. Wertheim*
   James S Wertheim (PHV)
   299 S Main St., #1300
   Salt Lake City, UT 84111
   Phone:  (385) 233-6612 Ext 3152
   Email:  jim@lawhq.com

By _s/*Mitchell West*
Mitchell West, WSBA#53103
Lowe Graham Jones
1325 Fourth Avenue, Ste. 1130
Seattle, WA 98101
Phone: (206) 381-3300
Email: west@lowegrahamjones.com

*Attorneys for Plaintiffs*