UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOB DAWSON, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PORCH.COM INC., *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:20-cv-00604-RSL<br><br>ORDER |

   This matter comes before the Court on "Defendants' Motion to Strike Plaintiffs' Second Amended Complaint" (Dkt. # 110) and defendants' request for a telephonic motion hearing regarding an extension of the September 25, 2023, deadline to respond to Second Amended Complaint. Although defendants' motion to strike is based on a ground not specified in Fed. R. Civ. P. 12(f), the Court finds that an extension of the deadline for a responsive pleading until 14 days after the Court resolves the motion to strike is nevertheless appropriate. IT IS SO ORDERED.

   Dated this 15th day of September, 2023.

　　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1