UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOB DAWSON, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>PORCH.COM INC., et al.,<br><br>    Defendants. | Case No. 2:20-cv-00604-RSL<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE: FORTHCOMING MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

THIS MATTER comes before the Court on Defendants Porch.com Inc., GoSmith Inc., Matthew Erhlichman, Brenton Marrelli, and Darwin Widjaja's (collectively, "Defendants") Motion for Leave to File Over-Length Brief in support of their forthcoming Motion to Dismiss Plaintiffs' Second Amended Complaint. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted, the Motion is GRANTED. Defendants shall have an additional 3,100 words for their brief in support of their Motion to Dismiss, for a total of 11,500 words, with the length of the opposition and reply to be governed by Local Rule 7(f)(4).

ORDER GRANTING DEFENDANTS' MOTION
FOR LEAVE TO FILE OVER-LENGTH BRIEF - 1
(Case No. 2:20-cv-00604-RSL)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

DATED this 22nd day of January, 2024.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION
FOR LEAVE TO FILE OVER-LENGTH BRIEF -
2
(Case No. 2:20-cv-00604-RSL)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401