UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOB DAWSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PORCH.COM INC., et al.<br><br>　　　　　Defendant. | Case No. 2:20-cv-00604-RSL<br><br>**STIPULATED MOTION AND ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. Pursuant to this Court's January 16, 2024 Order Denying Motion to Strike (ECF No. 122), Defendants' deadline to file their motion to dismiss is presently January 30, 2024.

2. As the Court is aware, there are nearly a thousand named plaintiffs in this case; Plaintiffs' Second Amended Complaint is 624 pages long, asserts claims arising under federal and state law, and includes factual allegations as to each Plaintiff. The Court has granted Defendants' Motion for Leave to File Over-Length Brief, which also gives Plaintiffs leave to file an over-length brief in response. (ECF No. 125).

3. The Parties agree and respectfully submit that a modest extension of the deadlines to submit the Defendants' motion to dismiss, the Plaintiffs' response, and the Defendants' reply brief will be mutually beneficial to the Parties.

4. Further, Defendants seek such extension due to conflicting commitments and deadlines on the part of defense counsel, including business travel and meetings between January 23, 2024 through January 25, 2024, a responsive pleading deadline in another matter due January 25, 2024, and an in-person motion hearing for a matter on January 29, 2024, with all of these occurring prior to the present deadline for Defendant's Motion to Dismiss in this case.

5. Accordingly, the parties agree to and seek an order continuing the deadlines for briefing as follows:

    a. Defendants' motion to dismiss due: February 15, 2024

    b. Plaintiffs' response due: March 14, 2024

    c. Defendants' reply due: March 28, 2024

*SO STIPULATED.*

DATED this 22nd day of January, 2024.

MANATT, PHELPS & PHILLIPS, LLP

By *s/Christine M. Reilly*
   Christine M. Reilly, *Pro Hac Vice*
   2049 Century Park East Ste 1700
   Los Angeles, CA 90067
   Phone: (310) 312-4000
   Email: creilly@manatt.com

MORGAN, LEWIS & BOCKIUS LLP

By *s/Molly A. Terwilliger*
   Patty A. Eakes, WSBA #18888
   Molly A. Terwilliger, WSBA #28449
   1301 Second Avenue, Suite 3000
   Seattle, WA 98101
   Phone: (206) 274-6400
   Email: patty.eakes@morganlewis.com
   molly.terwilliger@morganlewis.com

*Attorneys for Defendants*

LAWHQ, LLC

By *s/James S. Wertheim*
   James S Wertheim, *Pro Hac Vice*
   299 S Main St., #1300
   Salt Lake City, UT 84111
   Phone: (385) 233-6612 Ext 3152
   Email: jim@lawhq.com

Mitchell West, WSBA#53103
LOWE GRAHAM JONES
1325 Fourth Avenue, Ste. 1130
Seattle, WA 98101
Phone: (206) 381-3300
Email: west@lowegrahamjones.com

*Attorneys for Plaintiffs*

STIPULATED MOTION & [PROPOSED] ORDER AMENDING
BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT - 1
(Case No. 2:20-cv-00604-RSL)

## ORDER

IT IS SO ORDERED. Defendants shall note their motion to dismiss for consideration on the Court's calendar on Friday, March 29, 2024.

Dated this 23rd day of January, 2024.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*Presented by:*

MANATT, PHELPS & PHILLIPS, LLP

By *s/Christine M. Reilly*
    Christine M. Reilly, *Pro Hac Vice*
    2049 Century Park East Ste 1700
    Los Angeles, CA 90067
    Phone: (310) 312-4000
    Email: creilly@manatt.com

MORGAN, LEWIS & BOCKIUS LLP

By *s/Molly A. Terwilliger*
    Patty A. Eakes, WSBA #18888
    Molly A. Terwilliger, WSBA #28449
    1301 Second Avenue, Suite 3000
    Seattle, WA 98101
    Phone: (206) 274-6400
    Email: patty.eakes@morganlewis.com
    molly.terwilliger@morganlewis.com

*Attorneys for Defendants*

LAWHQ, LLC

By *s/James S. Wertheim*
    James S Wertheim, *Pro Hac Vice*
    299 S Main St., #1300
    Salt Lake City, UT 84111
    Phone: (385) 233-6612 Ext 3152
    Email: jim@lawhq.com

Mitchell West, WSBA#53103
LOWE GRAHAM JONES
1325 Fourth Avenue, Ste. 1130
Seattle, WA 98101
Phone: (206) 381-3300
Email: west@lowegrahamjones.com

*Attorneys for Plaintiffs*