UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOB DAWSON, *et al.*,

            Plaintiffs,

     v.

PORCH.COM INC., *et al.*,

            Defendants.

CASE NO. 2:20-cv-00604-RSL

ORDER

     This matter comes before the Court on the parties' "Second Joint Status Report." Dkt. # 135. The parties agree that discovery should be stayed until after the Court decides the pending motion to dismiss. Dkt. # 135 at 4-5. The Court therefore declines to establish discovery parameters and/or a trial date until after the scope of the case has been determined. The parties shall meet, confer, and submit an updated joint status report addressing the management of any claims that remain within fourteen (14) days of the Court's order on the motion to dismiss.

     Dated this 19th day of March, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 1