UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOB DAWSON, et al., | Case No. 2:20-cv-00604-RSL |
| Plaintiffs, | **STIPULATED MOTION AND ORDER EXTENDING THE DEADLINE TO SUBMIT AN UPDATED JOINT STATUS REPORT** |
| vs. | |
| PORCH.COM INC., et al. | |
| Defendant. | |

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. Pursuant to this Court's March 19, 2023 Order (ECF 136) the parties' deadline to file an updated joint status report is November 27, 2024 (fourteen (14) days after the Court's Order Granting In Part Defendants' Motion to Dismiss).

2. Due to the upcoming holidays and counsel's pre-arranged travel, the parties have agreed to extend this deadline to December 11, 2024.

//

//

//

3. The Parties agree and respectfully submit that a modest extension of the deadline to submit an updated joint status report will be mutually beneficial to the Parties, as it will permit them to meet and confer about the proposed case schedule.

4. Accordingly, the parties agree to and seek an order continuing the deadline to submit an updated joint status report until December 11, 2024.

*SO STIPULATED.*

DATED this 25th day of November, 2024.

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | LAWHQ, LLC |
| By: *s/Christine M. Reilly* <br> Christine M. Reilly, *Pro Hac Vice* <br> 2049 Century Park East Ste 1700 <br> Los Angeles, CA 90067 <br> Phone: (310) 312-4000 <br> Email: creilly@manatt.com | By: *s/Thomas Alvord* <br> Thomas Alvord, WSBA #61943 <br> 450 Alaskan Way S Suite 200 #1823 <br> Seattle, WA 98104 <br> Phone: (385) 285-1090 <br> Email: thomas@lawhq.com |
| MORGAN, LEWIS & BOCKIUS LLP <br><br> By: *s/ Molly A. Terwilliger* <br> Patty A. Eakes, WSBA #18888 <br> Molly A. Terwilliger, WSBA #28449 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: patty.eakes@morganlewis.com <br> molly.terwilliger@morganlewis.com | James S Wertheim, *Pro Hac Vice* <br> 299 S Main St., #1300 <br> Salt Lake City, UT 84111 <br> Phone: (385) 233-6612 Ext 3152 <br> Email: jim@lawhq.com <br><br> *Attorneys for Plaintiffs* |
| *Attorneys for Defendants* | |

**ORDER**

IT IS SO ORDERED.

Dated this 26th day of November, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

*Presented by:*

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | LAWHQ, LLC |
| By: *s/Christine M. Reilly* | By: *s/Thomas Alvord* |
|    Christine M. Reilly, *Pro Hac Vice* |    Thomas Alvord, WSBA #61943 |
|    2049 Century Park East Ste 1700 |    450 Alaskan Way S Suite 200 #1823 |
|    Los Angeles, CA 90067 |    Seattle, WA 98104 |
|    Phone: (310) 312-4000 |    Phone: (385) 285-1090 |
|    Email: creilly@manatt.com |    Email: thomas@lawhq.com |
| | |
| MORGAN, LEWIS & BOCKIUS LLP |    James S Wertheim, *Pro Hac Vice* |
| |    299 S Main St., #1300 |
| By: *s/ Molly A. Terwilliger* |    Salt Lake City, UT 84111 |
|    Patty A. Eakes, WSBA #18888 |    Phone: (385) 233-6612 Ext 3152 |
|    Molly A. Terwilliger, WSBA #28449 |    Email: jim@lawhq.com |
|    1301 Second Avenue, Suite 3000 | |
|    Seattle, WA 98101 | *Attorneys for Plaintiffs* |
|    Phone: (206) 274-6400 | |
|    Email: patty.eakes@morganlewis.com | |
|    molly.terwilliger@morganlewis.com | |

*Attorneys for Defendants*