UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOB DAWSON, *et al.*,

    Plaintiffs,

vs.

PORCH.COM INC., *et al*.

    Defendants.

Case No. 2:20-cv-00604-RSL

**STIPULATED MOTION AND ORDER EXTENDING THE DEADLINE TO SUBMIT AN UPDATED JOINT STATUS REPORT AND GRANTING LEAVE TO FILE FOURTH AMENDED COMPLAINT**

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. Pursuant to this Court's November Order (ECF 150) the parties' deadline to file an updated joint status report is December 11, 2024.

2. Unforeseen emergency circumstances have interfered with the parties' ability to finalize the Joint Status Report, and therefore the parties have agreed to extend this deadline to December 18, 2024.

3. The parties have met and conferred about the updated joint status report, and do not anticipate seeking another extension of this deadline.

4. The parties have met and conferred on Plaintiffs' Third Amended Complaint, including whether it complies with the Court's November 13, 2024 Order. As a result of these discussions, the parties seek leave for Plaintiff to file a Fourth Amended Complaint by December 23, 2024.

5. Accordingly, the parties agree to and seek an order continuing the deadline to submit an updated joint status report until December 18, 2024. The parties also agree to and seek leave for Plaintiffs to file a Fourth Amended Complaint. Defendants shall file a response to the Fourth Amended Complaint by January 24, 2025.

*SO STIPULATED.*

DATED this 11th day of December, 2024.

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | LAWHQ, LLC |
| By: *s/Christine M. Reilly* <br> Christine M. Reilly, *Pro Hac Vice* <br> 2049 Century Park East Ste 1700 <br> Los Angeles, CA 90067 <br> Phone: (310) 312-4000 <br> Email: creilly@manatt.com | By: *s/Thomas Alvord* <br> Thomas Alvord, WSBA #61943 <br> 450 Alaskan Way S Suite 200 #1823 <br> Seattle, WA 98104 <br> Phone: (385) 285-1090 <br> Email: thomas@lawhq.com |
| MORGAN, LEWIS & BOCKIUS LLP <br><br> By: *s/ Molly A. Terwilliger* <br> Patty A. Eakes, WSBA #18888 <br> Molly A. Terwilliger, WSBA #28449 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: patty.eakes@morganlewis.com <br> molly.terwilliger@morganlewis.com | James S Wertheim, *Pro Hac Vice* <br> 299 S Main St., #1300 <br> Salt Lake City, UT 84111 <br> Phone: (385) 233-6612 Ext 3152 <br> Email: jim@lawhq.com <br><br> *Attorneys for Plaintiffs* |
| *Attorneys for Defendants* | |

# ORDER

IT IS SO ORDERED.

DATED this 12th day of December, 2024.

*[signature]*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*Presented by:*

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | LAWHQ, LLC |
| By: *s/Christine M. Reilly* | By: *s/Thomas Alvord* |
|    Christine M. Reilly, *Pro Hac Vice* |    Thomas Alvord, WSBA #61943 |
|    2049 Century Park East Ste 1700 |    450 Alaskan Way S Suite 200 #1823 |
|    Los Angeles, CA 90067 |    Seattle, WA 98104 |
|    Phone: (310) 312-4000 |    Phone: (385) 285-1090 |
|    Email: creilly@manatt.com |    Email: thomas@lawhq.com |
| MORGAN, LEWIS & BOCKIUS LLP |    James S Wertheim, *Pro Hac Vice* |
| |    299 S Main St., #1300 |
| By: *s/ Molly A. Terwilliger* |    Salt Lake City, UT 84111 |
|    Patty A. Eakes, WSBA #18888 |    Phone: (385) 233-6612 Ext 3152 |
|    Molly A. Terwilliger, WSBA #28449 |    Email: jim@lawhq.com |
|    1301 Second Avenue, Suite 3000 | |
|    Seattle, WA 98101 | *Attorneys for Plaintiffs* |
|    Phone: (206) 274-6400 | |
|    Email: patty.eakes@morganlewis.com | |
|    molly.terwilliger@morganlewis.com | |

*Attorneys for Defendants*