UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOB DAWSON, *et al.*,

                Plaintiffs,

   v.

PORCH.COM, *et al.*,

                Defendants.

Case No. 2:20-cv-00604-RSL

**ORDER SETTING INITIAL CASE MANAGEMENT DEADLINES**

| | |
|---|---|
| **PHASE I JURY TRIAL DATE** | **To Be Determined** |
| Discovery opens as to all issues and all parties | February 3, 2025 |
| Defendants propose discovery questionnaire and list of documents to be produced | March 13, 2025 |
| Deadline for moving to join additional parties | March 27, 2025 |
| Deadline for moving to amend pleadings | March 27, 2025 |
| All motions related to the discovery questionnaire and list of documents to be produced must be filed by | April 10, 2025 |
| Expert Disclosures/Reports under FRCP 26(a)(2) due | March 13, 2026 |
| All motions related to discovery must be noted on the Court's calendar for consideration on or before | April 24, 2026 |
| Discovery completed by | May 15, 2026 |
| Settlement conference held no later than | May 29, 2026 |
| All dispositive motions must be filed by | June 30, 2026 |
| Nomination of plaintiffs for Phase I trial | 14 days after Court's ruling on the last dispositive motion |

ORDER SETTING INITIAL CASE MANAGEMENT DEADLINES - 1

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon stipulation of the parties or good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause.

The negotiated (or Court ordered) discovery questionnaire and list of documents to be produced shall cover both liability and damages issues. The facts at issue in this case are not extensive, and the discovery must be focused and concise. The questionnaire and request for documents shall be served by plaintiffs' counsel on all 956 plaintiffs with notice to defendants regarding the date and method of service. Individual plaintiffs will have 45 days from service to respond. If a plaintiff fails to respond in that timeframe, plaintiffs' counsel shall attempt to confirm his, her, or their continued interest in participating in this lawsuit and to obtain the required responses. Claims that will not be pursued shall be voluntarily dismissed in a timely manner. At the close of discovery, the parties shall meet and confer to determine whether any parties or claims should be voluntarily dismissed based on what discovery revealed (or the absence of discovery responses). The settlement conference requires a face-to-face meeting or a telephone conference between persons with authority to settle the case: it does not have to involve a third-party neutral. In addition to any substantive motions for summary judgment filed on or before June 30, 2026, defendants may move to dismiss the claims of any plaintiff who did not respond to the negotiated (or Court ordered) discovery for failure to comply with this Order under Fed. R. Civ. P. 37(b)(2)(A) and/or for failure to prosecute under Fed. R. Civ. P. 41(b).

Depositions will be virtual unless all parties agree otherwise. The parties previously agreed to virtual depositions as part of the transfer and consolidation of cases from around the country.

The nomination process for participation in the Phase I trial shall have as its focus the

ORDER SETTING INITIAL CASE MANAGEMENT DEADLINES - 2

identification of individuals representing the breadth of the plaintiff group. Plaintiffs shall nominate two individuals, one whose claims plaintiffs' counsel deems the strongest and one whose claims are factually similar to or representative of the majority of plaintiffs. Defendants shall also nominate two individuals, one whose claims defense counsel deems the weakest and one whose claims could be considered a stand-in for the majority of plaintiffs. If the parties agree that inclusion of additional plaintiffs in the Phase I trial would best achieve a representative sample of the plaintiff group, they may nominate up to four individuals each.

The Phase I trial will resolve all liability and damages issues related to the claims of the selected plaintiffs. Following the conclusion of the Phase I trial, the parties will be given an opportunity to reach a negotiated settlement or to make a proposal for grouping the remaining plaintiffs for subsequent trials.

ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of Washington's website at [How to E-File | Western District of Washington | United States District Court (uscourts.gov)](). *Pro se* litigants may file either electronically or in paper form. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

– Alteration to Section IV, Paragraph M of the Electronic Filing Procedures - Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

– Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

– Alteration to LCR 7(d)(5) - Any motion *in limine* must be filed by the date set forth above and noted on the motion calendar no earlier than 14 days thereafter. Any response is due 9 days after filing. Parties may file and serve reply memoranda, not to exceed nine pages in length, on or before the noting date.

## PRIVACY POLICY

Pursuant to Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth, unless deceased

* Names of Minor Children - redact to the initials, unless deceased or currently over the age of 18

* Social Security Numbers and Taxpayer Identification Numbers - redact in their entirety

* Financial Accounting Information - redact to the last four digits

* Passport Numbers and Driver License Numbers - redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2.

## COOPERATION

As required by Local Civil Rule 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in resolving case management issues and preparing the final pretrial order in the format required by Local Civil Rule 16.1, except as ordered below.

## TRIAL EXHIBITS

The original and two copies of the trial exhibits are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may

use it.  Each set of exhibits shall be submitted in one or more three-ring binders with appropriately numbered tabs.

SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 3rd day of February, 2025.

Robert S. Lasnik
United States District Judge

ORDER SETTING INITIAL CASE MANAGEMENT DEADLINES - 5